■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PORCHIA SWEARENGIN, Appellant. [925 NYS2d 364]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered January 15, 2008. The judgment convicted defendant, upon her plea of guilty, of attempted criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAUN JOHNSON, Appellant. [924 NYS2d 904]—Appeal from an order of the Seneca County Court (Dennis F. Bender, J.), dated October 1, 2010 pursuant to the 2009 Drug Law Reform Act. The order denied defendant's application to be resentenced upon defendant's 2000 conviction of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree (two counts).

It is hereby ordered that said appeal is unanimously dismissed as moot (see *People v Orta*, 73 AD3d 452 [2010], *lv denied* 15 NY3d 755 [2010]). Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.